INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**FILED**

APR 0 3 2023

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

Jean T. Ammons Harris
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Target Distribution Ctr.
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 1:23-cv-00571-JRS-MJD
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☐ Yes  ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include *only*: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievances, witness statements, evidence, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**B.   The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, a corporation, or another entity. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Target Distribution Center |
| Job or Title *(if known)* | Project Manager/GM |
| Street Address | 7551 ~~Rawto~~ Morris Street |
| City and County | Indianapolis, Plainfield |
| State and Zip Code | Indiana |
| Telephone Number | (317) 241-8350 |
| E-mail Address *(if known)* | jeanthomas2011@outlook.com |

Defendant No. 2

| | |
|---|---|
| Name | Chad |
| Job or Title *(if known)* | Project Manager |
| Street Address | Same |
| City and County | Plainfield/Indianapolis, Hendricks City |
| State and Zip Code | Indiana 46231 |
| Telephone Number | (317) 241-8350 |
| E-mail Address *(if known)* | jeanthomas2011@outlook.com |

Defendant No. 3

| | |
|---|---|
| Name | Security Team |
| Job or Title *(if known)* | |
| Street Address | Same |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

**D.** Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race ✓ _____
- ☐ color ✓ _____
- ☐ gender/sex ✓ _____
- ☐ religion ✓ _____
- ☐ national origin ✓ _____
- ☐ age *(year of birth)* ✓ _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

**E.** The facts of my case are as follows. Attach additional pages if needed.

Considering disputes go through policy review, the adverse reaction concerning how I was "handled" by the management team has caused me a severe deficit in income which includes the $1000 incentive and included salary income as a settlement. I'm asking for $145,000+ in yearly salary to work as a Project Engineer with the Project Manager Chad there. My job responsibilities might include code review in commercial/industrial structures so that might be underpayment considering overtime and multitasking operations and HR communications via technology for Chad. I work very hard. As pertinent to them as it was for them to have a point to make, my only information to takeaway from the situation is that they'll not need me for various reasons (miniscule/passé) that will keep me out of employment in the state. The least I'm asking for is damages but only without a haggle settlement since my dwaining resources have been spent following this matter closely.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

INSD Pro Se Employment Discrimination Complaint 10/21 (adapted from AO Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination)

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/31/23

Signature of Plaintiff: *Jean T. Ammons Harris*

Printed Name of Plaintiff: Jean T. Ammons Harris