UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JEAN T. AMMONS HARRIS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-00571-JRS-MJD |
| | ) |
| TARGET DISTRIBUTION CTR, | ) |
| CHAD Project Manager, | ) |
| SECURITY TEAM, | ) |
| | ) |
| Defendants. | ) |

**Final Judgment**

Pursuant to the Order also issued this day, Plaintiff's Amended Complaint, (ECF No. 7), is **dismissed with prejudice**. Plaintiff shall take nothing by way of his Complaint against Defendants. This is a **final judgment** under Federal Rule of Civil Procedure 58. This case is now closed.

**SO ORDERED**.

Date: 06/02/2023

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
Deputy Clerk, U.S. District Court

Distribution:

Jean T. Ammons Harris
5651 Rawles Avenue
Indianapolis, IN 46219